IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| I.M. WILSON, INC., | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OTVETSTVENNOSTYOU "GRICHKO" | : | |
| *et al.*, | : | NO. 18-5194 |
|     *Defendants*. | : | |

# O R D E R

**AND NOW**, this 10th day of December, 2018, upon consideration of the Motion for Alternative Service on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) (Doc. No. 3), **it is ORDERED** that the motion (Doc. No. 3) is **GRANTED**. Plaintiff I.M. Wilson, Inc. is authorized to serve process on Defendants Obchtchestvo S Ogranitchennoy Otvetstevennostyou "Grichko", Nicolai Grishko, and Grishko Dance, S.R.O. by serving Defendants' U.S. counsel, Brian Kinder, with a hard copy of the Summons and the Complaint at his business address in accordance with the guidelines set forth in Fed. R. Civ. P. 4(c).

                                                   BY THE COURT:

                                                   /s/ Gene E.K. Pratter_____
                                                   GENE E.K. PRATTER
                                                   UNITED STATES DISTRICT JUDGE