## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **I.M. WILSON, INC.,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **OTVETSTVENNOSTYOU "GRICHKO"** | : | |
| *et al.,* | : | **NO. 18-5194** |
| *Defendants.* | : | |

## O R D E R

**AND NOW,** this 25th day of July, 2019, upon consideration of:

- Plaintiff's Amended Motion for Leave to File Supplement of Preliminary Injunction Record (Doc. No. 61), it is **ORDERED** that the Motion (Doc. No. 61) is **GRANTED**;

- Plaintiff's Motion for Preliminary Injunction (Doc. No. 5), the responses and replies thereto, hearings held on February 15, February 27, and April 5, 2019, and the supplements to the record, it is **ORDERED** that Plaintiff's Motion (Doc. No. 5) is **GRANTED**;

  o Defendants will be **ENJOINED** from selling GRISHKO-branded products in the United States;

  o The parties shall submit briefing[1] within seven days of the date of this Order on the appropriate amount for a bond and the injunction shall not issue until Plaintiff posts such bond as the Court will thereafter require, and;

- Defendants' Motion to Dismiss for Failure to State a Claim or, Alternatively, to Stay this Action and Plaintiff's Motion for Preliminary Injunction, Pending Arbitration (Doc. No. 12) and the responses and replies thereto, it is **ORDERED** that Defendants' Motion (Doc. No. 12) is **DENIED**.

- Further proceedings will be addressed in another Order of this Court.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1]     This briefing shall be no more than five pages per party and must address the appropriate amount of the bond to be issued.