# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **I.M. WILSON, INC.,** | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **OTVETSTVENNOSTYOU "GRICHKO"** | : | |
| *et al.,* | : | NO. 18-5194 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 18th day of October, 2019, upon consideration of Defendants' Motion for Leave to Supplement Preliminary Injunction Record, and to Alter, Amend or Seek Relief from the Court's July 25, 2019 Order (Doc. No. 76), the Response in Opposition (Doc. No. 83), the Reply in Support (Doc. No. 85), and oral argument held on September 12, 2019, it is **ORDERED** that Defendants' Motion (Doc. No. 76) is **GRANTED in PART** and **DENIED in PART** as follows:

1. The exhibits accompanying Defendants' Motion (Doc. No. 76) will not supplement the preliminary injunction record;

2. The Court's grant of Plaintiff's motion for preliminary injunction in its July 25, 2019 Order (Doc. No. 67) is **VACATED**;

3. Defendants will no longer be enjoined from selling GRISHKO-branded products in the United States; and

4. Plaintiff shall not be required to post a bond.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE