IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.M. WILSON, INC, <br><br>   Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> OBCHTCHESTVO S OGRANITCHENNOY OTVETSTVENNOSTYOU "GRICHKO", *et al.*, <br><br>   Defendants/Counterclaim Plaintiffs <br><br> v. <br><br> I.M. WILSON, INC; IRENE WILSON; LEONARD P. GAGE; JUSTIN WILSON; and CHRISTINE WILSON, <br><br>   Counterclaim Defendants. | CIVIL ACTION <br><br> NO. 18-5194 |

**ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the motion by the Individual Counterclaim Defendants to dismiss defendants' second amended counterclaims, and any response thereto, it is hereby ORDERED that the motion is GRANTED and defendants' second amended counterclaims (Doc. No. 114) are DISMISSED WITH PREJUDICE as to Irene Wilson, Leonard P. Gage, Justin Wilson, and Christine Wilson.

BY THE COURT:

_____
GENE E.K. PRATTER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| I.M. WILSON, INC, <br><br>  Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> OBCHTCHESTVO S OGRANITCHENNOY OTVETSTVENNOSTYOU "GRICHKO", *et al.*, <br><br> Defendants/Counterclaim Plaintiffs <br><br> v. <br><br> I.M. WILSON, INC; IRENE WILSON; LEONARD P. GAGE; JUSTIN WILSON; and CHRISTINE WILSON, <br><br>  Counterclaim Defendants. | CIVIL ACTION <br><br> NO. 18-5194 |

**Motion to Dismiss Second Amended Counterclaims by Individual Counterclaim Defendants Irene Wilson, Leonard P. Gage, Justin Wilson, and Christine Wilson**

The Individual Counterclaim Defendants (Irene Wilson, Leonard P. Gage, Justin Wilson, and Christine Wilson) hereby move to dismiss defendants' second amended counterclaims against them (Doc. No. 114) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in (1) the Individual Counterclaim Defendants' brief and in (2) I.M. Wilson Inc.'s forthcoming memorandum, both of which are incorporated by reference here.

[SIGNATURE FOLLOWS ON NEXT PAGE]

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 27, 2019 | By: /s/ John A. Guernsey |
|  | John A. Guernsey (No. 25730) |
|  | Andrew K. Garden (No. 314708) |
|  | **CONRAD O'BRIEN PC** |
|  | Centre Square West Tower |
|  | 1500 Market Street, Suite 3900 |
|  | Philadelphia, PA 19102-2100 |
|  | Phone:  (215) 864-9600 |
|  | Fax:  (215) 864-9620 |
|  | Email: jguernsey@conradobrien.com |
|  |             agarden@conradobrien.com |

*Attorneys for Counterclaim Defendants Irene Wilson, Leonard P. Gage, Justin Wilson, and Christine Wilson*

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I caused a true and correct copy of the foregoing Motion to Dismiss and associated brief in support to be electronically filed pursuant to the Court's electronic court filing system and thereby served on all counsel of record, and that the filing is available for downloading and viewing from the electronic court filing system.

/s/ John A. Guernsey

Dated:  November 27, 2019