IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| I.M. WILSON, INC., *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| OTVETSTVENNOSTYOU "GRICHKO," *et al.*, *Defendants* | : : : | No. 18-5194 |

## ORDER

AND NOW, this 12th day of November, 2020, upon consideration of Grishko's Third Amended Counterclaims (Doc. No. 148), the Individual Counterclaim Defendants' Motion to Dismiss the Third Amended Counterclaims (Doc. No. 166), I.M. Wilson's Motion to Dismiss the Third Amended Counterclaims (Doc. No. 168), Grishko's Responses to the Motions (Doc. Nos. 176, 177), the Individual Counterclaim Defendants' and I.M. Wilson's Responses in Support of their Motions (Doc. Nos. 178, 179), and oral argument on the Motions, it is **ORDERED** that:

1. The Individual Counterclaim Defendants' Motion to Dismiss (Doc. No. 166) Count 1 is **DENIED**.

2. The Individual Counterclaim Defendants' Motion to Dismiss (Doc. No. 166) Counts 2, 6, 7, 11, and 12 is **GRANTED**.

3. The Individual Counterclaim Defendants' Motion to Dismiss (Doc. No. 166) Counts 3, 4, 5, 10, and 13 is **GRANTED** as to Justin Wilson and Leonard Gage and **DENIED** as to Irene Wilson and Christine Wilson.

4. The Individual Counterclaim Defendants' Motion to Dismiss (Doc. No. 166) Count 9 is **GRANTED** as to Christine Wilson and **DENIED** as to Irene Wilson and Justin Wilson.

5. I.M. Wilson's Motion to Dismiss (Doc. No. 168) is **DENIED** as to Counts 1, 3, 4, 5, 7, 8, 9, 10 and 13, and **GRANTED** as to Counts 2, 6, 11, and 12.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1