IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| I.M. WILSON, INC., | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OTVETSTVENNOSTYOU "GRICHKO": | | |
| *et al.,* | : | |
| *Defendants* | : | NO. 18-5194 |

## ORDER

**AND NOW**, this 11th day of July, 2022, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 230), Defendants' Response in Opposition (Doc. No. 246), and Plaintiff's Reply in Support (Doc. No. 251); Defendants' Motion for Summary Judgment (Doc. No. 232) and Plaintiff's Response in Opposition (Doc. No. 243); Counterclaim Defendants' Motion for Summary Judgment (Doc. No. 228) and Defendants' Response in Opposition (Doc. No. 245); Defendants' Objections to Plaintiff's Declarations (Doc. No. 241) and Plaintiff's Response in Opposition (Doc. No. 256); Plaintiff's unopposed Motions to Seal Certain Exhibits (Doc. Nos. 242 & 249); Defendants' Motion for Reconsideration of the Order dated March 11, 2022 (Doc. No. 247) and Plaintiff's Response in Opposition (Doc. No. 261), the oral argument held on October 14, 2021; Plaintiff's Supplemental Responses (Doc. Nos. 269 & 275) and Defendants' Supplemental Responses (Doc. Nos. 270 & 274); and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Plaintiff's Motions to Seal (Doc. Nos. 242 & 249) are **GRANTED**.

2. Plaintiff's Motion for Summary Judgment (Doc. No. 230) is **GRANTED IN PART**.

3. Defendants' Motion for Summary Judgment (Doc. No. 232) is **DENIED**.

4. Counterclaim Defendants' Motion for Summary Judgment (Doc. No. 228) is **GRANTED IN PART**.

5. Judgment is **ENTERED** in favor of Justin Wilson on all counterclaims against him.

6. Defendants' Motion for Reconsideration (Doc. No. 247) is **GRANTED**.

7. The Order dated March 11, 2022 is **DEEMED MOOT**.

8. Plaintiff's Supplemental Motion to Compel (Doc. No. 212) is **DENIED**.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**